# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **TYRE TAMMAR WATKINS,** | ) |
| | ) |
|     **Plaintiff ,** | ) |
| | ) |
| v. | ) Case No. 4:09-cv-02446-RDP-RRA |
| | ) |
| **MARSHALL COUNTY JAIL DENTIST,** | ) |
| | ) |
|     **Defendant.** | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on May 25, 2010, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  Plaintiff filed objections to the Report and Recommendation on June 16, 2010.[1]  (Doc. 11.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and the objections thereto, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and the Recommendation is **ACCEPTED**.  Accordingly, the complaint

---

[1] The Magistrate Judge recommended that Plaintiff's complaint be dismissed because his claims are barred by the statute of limitations.  (Doc. 10.)  In his objections, Plaintiff correctly notes that the statute of limitations for a 42 U.S.C. § 1983 action in Alabama is two (2) years. (Doc. 11.) He does not argue that his claims should be considered under a different limitations period.

is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

**DONE** and **ORDERED** this ____2nd____ day of July, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE